

Cite as 2013 Ark. 473

# SUPREME COURT OF ARKANSAS

No. CV–13–399

| | |
|---|---|
| CHRISTOPHER CORDERO<br>APPELLANT<br><br>V.<br><br>ARKANSAS DEPARTMENT OF HUMAN SERVICES AND J.C., A MINOR<br>APPELLEES | Opinion Delivered November 20, 2013<br><br>APPEAL FROM THE LONOKE COUNTY CIRCUIT COURT<br>[NO. JV2010-288]<br><br>HONORABLE BARBARA ELMORE, JUDGE<br><br>WRIT OF CERTIORARI ISSUED. |

**PER CURIAM**

This is an appeal from an order entered by the Lonoke County Circuit Court denying Appellant Christopher Cordero's motion for indigency for purposes of appeal pursuant to Arkansas Supreme Court Rule 6-9(b)(2) following a termination of his parental rights. We have previously granted a motion to supplement the record, and a writ was issued to the circuit clerk of Lonoke County Circuit Court to supplement the record. Because the circuit clerk has failed to comply with the writ, and due to the expedited nature of dependency-neglect appeals, we issue a writ of certiorari to the clerk of the Circuit Court of Lonoke County to complete and file a certified supplemental record with our clerk within five days from the date of this per curiam.

On August 6, 2013, appellant filed a motion to supplement the record asking that the record be supplemented with a portion of the January 8, 2013 termination hearing that the circuit court relied upon in denying indigency, the motion for indigency, and the affidavit of

SLIP OPINION

financial means. On September 5, 2013, this court granted the motion, and a writ of certiorari was issued to the circuit clerk and court reporter returnable within thirty days. Although the writ was returned on October 7, 2013, and is certified by the circuit clerk, the supplemental record fails to include the motion for indigency or the affidavit of financial means.

In light of the circuit clerk's noncompliance with our previous order and the expedited nature of dependency-neglect appeals, we issue another writ of certiorari to the Circuit Court of Lonoke County to complete the record, returnable within five days from the date of this per curiam. In addition to the motion for indigency and the affidavit of financial means, the circuit court should include any response to the motion for indigency in the supplemental record. Appellant is directed to file a substituted brief on appeal within five days of the lodging of the supplemental record.

Writ of certiorari issued.